*Judge Pauley*

**07 CV 10380**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
:
PHIL LIFSCHITZ,
: Case No.
          Plaintiff,
: ECF
  - against -
: **DEFENDANT'S**
EVERCEL, INC.,
: **RULE 7.1 STATEMENT**
:
          Defendant.
:
------------------------------------------------------------ x

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Evercel, Inc. certifies that there are no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Dated: New York, New York
       November 16, 2007

                                  ROBINSON & COLE LLP

                                  By_____
                                      Joseph L. Clasen (JC-1759)
                                      Melissa F. Savage (MS-4419)
                              Attorneys for Defendant, Evercel, Inc.
                              885 Third Avenue, Suite 2800
                              New York, New York 10022
                              Tel. No.: 212-451-2900
                              Fax No.: 212-451-2999

NEWY1-635412-1

To:   David Jaroslawicz, Esq.
      Jaroslawicz & Jaros, LLC
      Attorneys for Plaintiff
      225 Broadway, 24th Floor
      New York, New York  10007
      Tel. No.: 212-227-2780