UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

PHIL LIFSCHITZ,                                                         07  Civ. 10380 (WHD)

                Plaintiff,                                  **NOTICE OF APPEARANCE**

    -against-

EVERCEL, INC.,

                Defendant.

------------------------------------------------------------------x

        Please take notice that the undersigned appears herein as counsel for the plaintiff and demands that all papers served herein be served upon him.

Dated: New York, New York
       November 21, 2007

                                  JAROSLAWICZ & JAROS, LLC
                                  Attorneys for Plaintiff
                                  225 Broadway, 24th Floor
                                  New York, New York 10007
                                  (212) 227-2780

                                  By:     s/ David Jaroslawicz
                                          *David Jaroslawicz (6931)*

TO:

ROBINSON & COLE LLP
Attorneys for Defendant
885 Third Avenue, Suite 2800
New York, New York 10022
(212) 451-2900

## DECLARATION

Rochelle Meyer, under the penalty of perjury, declares that the following is true and accurate.

That she is over eighteen years of age, is not a party to this action; and is employed by the attorney for the plaintiff(s) herein. That on November 19, 2007 she served the within:

**Notice of Appearance**

upon the following, at the address(es) designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

ROBINSON & COLE LLP
Attorneys for Defendant
885 Third Avenue, Suite 2800
New York, New York 10022

Dated: New York, New York
November 21, 2007

                                                        s/Rochelle Meyer
                                                         Rochelle Meyer