UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

PHIL LIFSCHITZ,                                              07 Civ. 10380

                Plaintiff,

                                                      **JURY DEMAND**

    -against-

EVERCEL, INC.,

                Defendant.

----------------------------------------------------------------x

COUNSELORS:

      PLEASE TAKE NOTICE, that plaintiff in the above matter hereby demand a trial by jury. This is being served without prejudice to plaintiff's motion to remand but is simply to protect plaintiff's right to a jury trial.

Dated:  New York, New York
          November 21, 2007

                                        JAROSLAWICZ & JAROS, LLC
                                        Attorneys for Plaintiff
                                        225 Broadway, 24th Floor
                                        New York, New York 10007
                                        (212) 227-2780

                                By:      s/David Jaroslawicz
                                          *David Jaroslawicz (6931)*

TO:

ROBINSON & COLE LLP
Attorneys for Defendant
885 Third Avenue, Suite 2800
New York, New York 10022
(212) 451-2900

## DECLARATION

Rochelle Meyer, under the penalty of perjury, declares that the following is true and accurate.

That she is over eighteen years of age, is not a party to this action; and is employed by the attorney for the plaintiff(s) herein. That on November 19, 2007 she served the within:

**Jury Demand**

upon the following, at the address(es) designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

ROBINSON & COLE LLP
Attorneys for Defendant
885 Third Avenue, Suite 2800
New York, New York 10022

Dated:  New York, New York
        November 21, 2007

                                                          s/Rochelle Meyer
                                                            Rochelle Meyer