Feb-14-08   05:19pm   From-

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------- x
                                                     :
PHIL LIFSCHITZ,                                      :
                                                     :
                              Plaintiff,             :   Index No. 07 CV 10380 (WHP)(DF)
                                                     :
            -against-                                :   STIPULATION
                                                     :   EXTENDING TIME
BVERCEL, INC.,                                       :   TO ANSWER COMPLAINT
                                                     :
                              Defendant.             :
                                                     :
--------------------------------------------------- x

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the

respective parties hereto as follows:

That the time for the defendant to answer or move is hereby extended to and including

March 10, 2008.

The facsimile signatures below shall be deemed as originals.

Dated: New York, New York
       February 9, 2008

Robinson & Cole LLP                          Jaroslawicz & Jaros, LLC

By: _____                 By: _____
    Joseph L. Clasen, Esq. (JC-1759)             David Jaroslawicz, Esq. DJ-
    Melissa F. Savage, Esq. (MS-4419)        Attorneys for Plaintiff
Attorneys for Defendant                      PHIL LIFSCHITZ
BVERCEL, INC.                                225 Broadway, 24th Floor
885 Third Avenue, 28th Floor                 New York, New York 10007
New York, New York 10022                     212-227-2780
212-451-2900

SO ORDERED:

_____
Judge William H. Pauley
     2/20/08

NEWY1-635476-3