USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
PHIL LIFSCHITZ,                              :

                Plaintiff,        :

    -against-                               :

EVERCEL, INC.,                               :

                Defendant.        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

07 Civ. 10380 (WHP)

ORDER

WILLIAM H. PAULEY III, District Judge:

        It having been reported to this Court that this action has been or will be settled, it is hereby ordered that this action be discontinued without costs to any party, and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days of the date of this Order. The Clerk of the Court is directed to mark this case closed.

Dated: February 22, 2008
       New York, New York

                              SO ORDERED:

                              _____
                              WILLIAM H. PAULEY III
                              U.S.D.J.

*Counsel of record:*

David Jaroslawicz, Esq.
Jaroslawicz & Jaros, LLC
225 Broadway, 24th Floor
New York, NY 10007
*Counsel for Plaintiff*

Joseph L. Clasen, Esq.
Robinson & Cole LLP
885 Third Avenue, Suite 2800
New York, NY 10022
*Counsel for Defendant*